THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM ALDERICH, Also Known as WILLIAM ALDRICH, Appellant.— Judgment of a City Magistrate, holding a Court of Special Sessions of the City of New York, Borough of Queens, convicting appellant of the crime of book-making and fining him $25, reversed on the law and the facts, the information dismissed and the fine remitted. Guilt was not established beyond a reasonable doubt. Nolan, P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL BALESTRIERI, Also Known as MICHAEL BALLESTRIERI, Appellant.— Order of the County Court, Kings County, denying the application of defendant in a proceeding for a writ of error *coram nobis* to set aside a judgment of conviction and plea of guilty, affirmed. While the proof may not be clear that the defendant was represented by counsel or was advised of his right to counsel at the time the plea of guilty to robbery in the first degree, unarmed, was entered, it is clear that from that time to the time he was permitted to withdraw that plea and substitute the plea of guilty to robbery in the second degree, unarmed, and to and including the time of sentence, he was represented by counsel. Nolan. P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur.